UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES MIKOLAJCZYK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:21-CV-71-BO |
| U.S. GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
The United States of America, by and through the United States Attorney, hereby moves to dismiss Plaintiff's complaint under pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 21] is GRANTED. Plaintiff's motion to amend or correct [DE 19] and plaintiff's motion for an extension of time [DE 24] are DENIED AS MOOT.

**This judgment filed and entered on February 14, 2023, and served on:**
James Mikolajczyk (via CM.ECF Notice of Electronic Filing)
Matthew Fesak (via CM.ECF Notice of Electronic Filing)

                                                                            PETER A. MOORE, JR., CLERK
February 14, 2023

                                                                             /s/Lindsay Stouch
                                                                            By: Deputy Clerk